## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Shahin Soulat**; DOB: 1988; Citizen of Iran<br>**Aretha Soulat**; DOB: 1993; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-01571MJ |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 15, 2025, 2025, in the District of Arizona, **Shahin Soulat** and **Aretha Soulat**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Juan Felipe Hernandez-Chix and Edwin Salomon Parabal-Calvo, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 15, 2025, in the District of Arizona (Sonoita), at approximately 11:15 p.m., Border Patrol Agents (BPAs) received a call for assistance on a vehicle stop from the Santa Cruz County Sheriff's Office (SCCSO). BPAs responded to the vehicle stop where they observed an SCCSO Deputy standing on the passenger side of a grey 2020 Nissan Versa who informed BPAs that the vehicle was stopped for a non-illuminated license plate. BPAs approached the driver of the vehicle, later identified as the registered owner **Shahin SOULAT**, and asked him if there were any weapons inside the vehicle to which he stated there were not. After BPAs noticed **SOULAT** continued to keep his hands near his waistline, BPAs removed **SOULAT** from the vehicle and place him in handcuffs. BPAs then conducted a pat down of **SOULAT** and found a .25 caliber, Wischo-Kg Erlangen handgun, loaded with six rounds, in the front pocket of his sweatshirt. BPAs then asked the front seat passenger, later identified as **Aretha SOULAT**, if there were any other weapons inside the vehicle to which she stated there was a gun under her seat. BPAs later located a purple SCCY CPX-2 .9 mm handgun, loaded with five rounds, under her seat. BPAs conducted an immigration inspection on all passengers of the vehicle and determined **Shahin SOULAT** to be a citizen of Iran and **Aretha SOULAT** to be a United States citizen. BPAs then questioned the three additional passengers found in the rear seats and determined all three, to include Juan Felipe Hernandez-Chix and Edwin Salomon Parabal-Calvo, to be citizens of Guatemala, illegally present in the United States. Records checks revealed that Juan Felipe Hernandez-Chix and Edwin Salomon Parabal-Calvo do not possess the proper documentation to enter, pass through or remain in the United States legally. A search of the vehicle later revealed a .22 caliber Lifecard handgun in the center console of the vehicle.

Material witness Juan Felipe Hernandez-Chix stated he is a citizen of Guatemala, and he was charged 100,000 Guatemalan Quetzals to be smuggled into the United States. Hernandez stated he illegally crossed into the United States with two other subjects and a foot guide, and they walked for about one hour until the foot guide instructed them to wait in the area for a small vehicle to pick them up.

**Continued on next page:**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Felipe Hernandez-Chix and Edwin Salomon Parabal-Calvo | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 17, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**                                         25-01571MJ

After about one hour, a grey Nissan Versa arrived, and he asked the driver if he was their ride to which the driver stated yes.   He then entered the vehicle and sat in the rear driver side seat and the driver transported him for about an hour and a half before they were pulled over by a Sheriff's Deputy and later arrested by Border Patrol.   Hernandez was able to positively identify both **Shahin SOULAT** and **Aretha SOULAT** as the driver and front seat passenger of the vehicle that picked him up from a photo lineup.

Material witness Edwin Salomon Parabal-Calvo stated he is a citizen of Guatemala, and he was charged 100,000 Guatemalan Quetzals to be smuggled into the United States. he illegally crossed into the United States with two other subjects and a foot guide, and they walked for about one hour to an unknown location where the foot guide instructed him to stay in place and wait for a small vehicle.   After an hour, a grey Nissan Versa arrived and a subject from his group asked the driver if he was their ride to which the driver stated yes.   He then entered the vehicle with the other two subjects and sat in the middle seat in the back row. They were transported for approximately one and a half hours before they were pulled over by a Sheriff's Deputy and later arrested by Border Patrol.   Parabal was able to positively identify both **Shahin SOULAT** and **Aretha SOULAT** as the driver and front seat passenger of the vehicle that picked him up from a photo lineup.

After waiving his Miranda rights, **Shahin SOULAT** stated he traveled to the area to pick up illegals.   He admitted he was going to be paid but was never told how much but that he knew his friend was going to take care of him once he made the drop off.   He was offered the job alongside his wife and they both agreed to the job. He was sent a pin location through WhatsApp and when he arrived at that location, he picked up three illegal aliens and started transporting them to Phoenix, Arizona.   He admitted to having firearms in the vehicle and stated they were for his and his wife's protection.